| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC** <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 07004 <br> Telephone Number 973-575-0707 <br> Attorneys For Secured Creditor <br><br> Harold Kaplan, Esq. (HK-0226) | CASE NO.: 18-28974-MBK <br><br> CHAPTER 13 <br><br><br> **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| In Re: <br> **John Kelly,** <br>    Debtor. <br> **Peggy A. Kelly,** <br>    Joint Debtor | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

NATIONSTAR MORTGAGE LLC ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 13), and states as follows:

1. Debtors, John Kelly, ("Debtor"), and Peggy A. Kelly ("Joint Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on September 24, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 519 ALFRED ROAD, SOUTH TOMS RIVER, NJ 08757, by virtue of a Mortgage recorded on February 09, 2007 in Book 13518, at Page 1648 of the Public Records of Ocean County, NJ. Said Mortgage secures a Note in the amount of $293,550.00.

3. The Debtor filed a chapter 13 plan on October 9, 2018.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used by the Debtor are inaccurate. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $63,174.12, whereas the Plan proposes to pay only $49,450.00. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $63,174.12 as the pre-petition arrearage over the life of the plan.

5. Debtor's Plan evidences an intent to seek mortgage modification with Secured Creditor. Debtor's Plan proposes monthly adequate protection payments to Secured Creditor in the amount of $1,600.00. Based on the express terms of the Debtor's Plan, the proposed payments are calculated at 60% of the regular monthly principal and interest payment, plus 100% of any applicable escrowed amounts. However, an accurate calculation based on 60% of the regular monthly principal and interest payment, plus 100% of any applicable escrowed amounts, results in an adequate protection payment of $1,648.29. Therefore, Secured Creditor objects to the proposed monthly adequate protection payments and any other payment below $1,648.29, during the pendency of loss mitigation.

6. Debtor is obligated to fund a Plan which is feasible to cure the arrears due to the objecting creditor within a reasonable time pursuant to 11 U.S.C § 1322(b)(5). Therefore, in the event that any loss mitigation efforts are not successful, the plan fails to satisfy the confirmation requirements of 11 U.S.C § 1325(a)(1).

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

RAS Citron, LLC
Attorney for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707

By: /s/Harold Kaplan
Harold Kaplan, Esquire
NJ Bar Number  HK-0226
Email: hkaplan@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Harold Kaplan, Esq. (HK-0226) | CASE NO.: 18-28974-MBK<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br>**John Kelly,**<br>    Debtor.<br>**Peggy A. Kelly,**<br>    Joint Debtor. | |

## CERTIFICATION OF SERVICE

1. I, Harold Kaplan, represent NATIONSTAR MORTGAGE LLC in this matter.

2. On 11/1/2018, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

11/1/2018

                            RAS Citron, LLC
                            Attorney for Secured Creditor
                            130 Clinton Road, Suite 202
                            Fairfield, NJ 07004
                            Telephone Number 973-575-0707

                            By: /s/Harold Kaplan
                            Harold Kaplan, Esquire
                            NJ Bar Number HK-0226
                            Email: hkaplan@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| John Kelly<br>519 Alfred Rd<br>Toms River, NJ 08757-5550 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Peggy A. Kelly<br>519 Alfred Rd<br>Toms River, NJ 08757-5550 | Joint Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |