| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Kubota Credit Corporation | **Order Filed on December 10, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>John Kelly, Peggy A. Kelly<br><br>Debtors. | Case No.: 18-28974 MBK<br>Adv. No.:<br>Hearing Date: 11/27/18 @ 10:00 a.m.<br><br>Judge: Michael Kaplan |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: December 10, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: John Kelly, Peggy A. Kelly
Case No.: 18-28974 MBK
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Kubota Credit Corporation, holder of a mortgage on vehicle KUBOTA KX121R3TA , VIN:75341, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Daniel E. Straffi, Esquire, attorney for Debtor, John Kelly and Peggy A. Kelly, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the vehicle KUBOTA KX121R3TA , VIN:75341 is hereby unaffected; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.