UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
dcarlon@kmllawgroup.com
Attorneys for Kubota Credit Corporation

**Order Filed on December 10, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

John Kelly, Peggy A. Kelly

Debtors.

Case No.:  18-28974 MBK
Adv. No.:
Hearing Date:  11/27/18 @ 10:00 a.m.

Judge:  Michael Kaplan

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: December 10, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:              John Kelly, Peggy A. Kelly
Case No.:            18-28974 MBK
Caption:             **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                     DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Kubota Credit Corporation, holder of a mortgage on vehicle KUBOTA KX121R3TA , VIN:75341, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Daniel E. Straffi, Esquire, attorney for Debtor, John Kelly and Peggy A. Kelly, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the vehicle KUBOTA KX121R3TA , VIN:75341 is hereby unaffected; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-28974-MBK
John Kelly                                                                Chapter 13
Peggy A. Kelly
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Dec 10, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
db/jdb        John Kelly,    Peggy A. Kelly,    519 Alfred Rd,    Toms River, NJ  08757-5550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
              Albert  Russo   docs@russotrustee.com
              Daniel E. Straffi    on behalf of Joint Debtor Peggy A. Kelly bkclient@straffilaw.com,
              G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Debtor John  Kelly bkclient@straffilaw.com,
              G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon   on behalf of Creditor   Kubota Credit Corporation dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Donald F. Campbell, Jr.   on behalf of Creditor Charles H. Tint dcampbell@ghclaw.com,
              4433@notices.nextchapterbk.com
              Harold N. Kaplan   on behalf of Creditor   NATIONSTAR MORTGAGE LLC hkaplan@rasnj.com,
              informationathnk@aol.com
              Kevin Gordon McDonald   on behalf of Creditor   Kubota Credit Corporation
              kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Laura M. Egerman   on behalf of Creditor Loss Mitigation   Mr. Cooper bkyecf@rasflaw.com,
              bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
              bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 10