Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–28974–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Kelly
519 Alfred Rd
Toms River, NJ 08757–5550

Peggy A. Kelly
519 Alfred Rd
Toms River, NJ 08757–5550

Social Security No.:
xxx–xx–2042

xxx–xx–0542

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on April 10, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 10, 2019
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
John Kelly  
Peggy A. Kelly  
    Debtors

Case No. 18-28974-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 | Date Rcvd: Apr 10, 2019 |
|---|---|---|---|
| | Form ID: 148 | Total Noticed: 144 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.

```
db/jdb         John Kelly,    Peggy A. Kelly,    519 Alfred Rd,    Toms River, NJ  08757-5550
cr            +Charles H. Tint,    c/o Giordano, Halleran & Ciesla, P.C.,    125 Half Mile Road,    Suite 300,
                Attn: Donald F. Campbell, Jr., Esq.,    Red Bank, NJ 07701-6777
lm            +Mr. Cooper,    8950 Cypress Waters Blvd.,    Dallas, TX 75019-4620
cr            +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
517773411      1st Merchant Funding, LLC,    c/o Michael N. Impellizeri, Esq.,    2001 US Highway 46 Ste 104,
                Parsippany, NJ  07054-1315
517773412      A & Z General Contractor, Inc.,    141 Route 130 S Ste 192,    Cinnaminson, NJ  08077-3373
517773413      ABC Supply Company,    1221 Route 37 W,    Toms River, NJ  08755-4921
517773416      Am Financial,    8755 W Higgins Rd Ste 61,    Chicago, IL  60631-2708
517773417      American Baseball Company, LL,    Lakewood Blue Claws,    2 Stadium Way,
                Lakewood, NJ  08701-4536
517773418      American Choice Railings and Fencing,    c/o Mark A. Kriegel, Esq.,    1479 Pennington Rd,
                Ewing, NJ  08618-2661
517773420      Aqua Finance Inc,    2600 Pine Ridge Blvd,    Wausau, WI  54401-7800
517806772     +Aqua Flow Gutters, Inc.,    40 Chestnut St., Unit 5B2,    Lakewood, NJ 08701-5894
517773421      Aqua Flow Seamless Gutters, Inc.,    40 Chestnut St Ste 5,    Lakewood, NJ  08701-5894
517773430      CAP1/Justice,    PO Box 30253,    Salt Lake City, UT  84130-0253
517773431      CAP1/Justice,    Capital,    1 Retail Srvs Attn Bankruptcy,    Salt Lake City, UT  84130
517773438     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Cbna,    50 NW Point Blvd,    Elk Grove Village, IL  60007-1032)
517773439      Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
517773440      Charles H. Tint,    c/o Giordano halleran & Ciesla, PC,    125 Half Mile Rd Ste 300,
                Red Bank, NJ  07701-6777
517773441      Chase Auto,    PO Box 901003,    Fort Worth, TX  76101-2003
517897697     +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517773445      Citibank Home Depot,    PO Box 9001030,    Louisville, KY  40290-1030
517773447      Citibank North America,    Citibank Corp/Centralized Bankruptcy,    PO Box 790034,
                Saint Louis, MO  63179-0034
517773446      Citibank North America,    Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,
                Saint Louis, MO  63179-0034
517773449      Citibank/Sears,    Centralized Bankruptcy,    PO Box 790034,    Saint Louis, MO  63179-0034
517773450     #Comcast,    PO Box 1577,    Newark, NJ  07101-1577
517773451      Commuity Surgical Supply,    PO Box 4686,    Toms River, NJ  08754-4686
517773456      DECA Construction, Inc.,    141 Route 130 S,    Cinnaminson, NJ  08077-3373
517773457      Dermone Dermatology Associate,    PO Box 14000,    Belfast, ME  04915-4033
517773458      Essex Insurance Company,    4521 Highwoods Pkwy,    Glen Allen, VA  23060-6148
517773459      ExxonMobil,    PO Box 688938,    Des Moines, IA  50368-8938
517773460      Far Beyond Fiberglass, LLC,    411 Chelsea St,    Forked River, NJ  08731-2523
517773461     +Fein Such Kahn & Shepard, PC,    7 Century Dr Ste 201,    Parsippany, NJ 07054-4673
517773462      First Atlantic Fcu,    468 Industrial Way W,    Eatontown, NJ  07724-2210
517773464      Geldhauser & Rizzo, LLC,    1852 Route 88,    Brick, NJ  08724-3565
517773465      Giordano Halleran & Ciesla,    125 Half Mile Rd Ste 300,    Red Bank, NJ  07701-6777
517773466     +Hayt, Hayt & Landau, LLC,    2 Industrail Way West PO Box 500,    Eatontown, NJ 07724-0500
517773467     +Hayt, Hayt & Landau, LLC,    PO Box 500,    Meridian Center I, Two Industiral Way W,
                Eatontown, NJ 07724-0500
517773471     +Hudson Law Offices, PC,    900 Route 168, Suite C-2,    Washington Professional Campus,
                Turnersville, NJ 08012-3206
517773472      Immediate Care Medical Wal in of Toms Ri,    1 Route 37 W,    Toms River, NJ  08753-6500
517773473      JCP&L,    PO Box 3687,    Akron, OH  44309-3687
517873737     +JCPL/Light/FirstEnergy,    101 Crawford's Corner Rd,    Bdg # 1 Suite 1-511,
                Holmdel, NJ 07733-1976
517773474      Jennifer Karsko,    c/o Geldhauser & Rizzo,    1852 Route 88,    Brick, NJ  08724-3565
517773475      Jersey Emergency Medical Specialists,    PO Box 719,    Monroeville, PA  15146-0719
517773476      Jesey Shore Restrooms,    1002 Montauk Dr,    Forked River, NJ  08731-2007
517846198     +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517773479      L & S Bourgeois, Inc.,    Craftsman Exteriors,    55 Main St,    Waretown, NJ  08758-2218
517870134     +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
517773483      Mark Kriegel, Esq.,    1479 Pennington Rd,    Ewing, NJ  08618-2661
517773485      Medical Radiology Group, PA,    PO Box 11268,    Lancaster, PA  17605-1268
517773486      Michael N. Impellizeri, Esq.,    2001 US Highway 46 Ste 104,    Parsippany, NJ  07054-1315
517773488      Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX  75019-4620
517773490     +NJ Natural Gas Co.,    PO Box 1378,    Wall, NJ 07719-1378
517790000     +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
517859127     +Nationstar Mortgage LLC D/B/A Mr. Cooper,    PO Box 619096,    Dallas TX 75261-9096
517773489      New Jersey Healthcare Specialists P.C.,    PO Box 417191,    Boston, MA  02241-7191
517773491      Nstar/cooper,    8950 Cypress Waters Blvd,    Coppell, TX  75019-4620
517773492      Peter C. Lucas, LLC,    725 Carol Ave,    Oakhurst, NJ  07755-2743
```

```
District/off: 0312-3          User: admin              Page 2 of 4                  Date Rcvd: Apr 10, 2019
                              Form ID: 148             Total Noticed: 144


517852114      Pinnacle Credit Services, LLC its successors and,   assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517773493     +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
517773494      Pnc Bank,    Attn: Bankruptcy Department,    PO Box 94982,    Cleveland, OH  44101-4982
517773496      RAS Citron, LLC,    130 Clinton Rd Ste 202,    Fairfield, NJ  07004-2927
517773497      Robert Wood Johnson Health Net,    PO Box 251,    South Amboy, NJ  08879-0251
517773499      Rutgers EMS,    PO Box 949,    Matawan, NJ  07747-0949
517773501     +Sherwin William Co.,    c/o Hudson Law Offices,    900 Route 168 Ste C-2,
                Turnersville, NJ 08012-3206
517773502      Shore Touch Pediatrics,    600 Mule Rd Ste 10,    Toms River, NJ  08757-6460
517773503      Skar Law, LLC,    1200 Laurel Oak Rd Ste 102,    Voorhees, NJ  08043-4317
517773506      Sst/Columbus Bank & Trust Company,    Attn: Bankruptcy Dept,    PO Box 98,
                Columbus, NE  68602-0098
517773504      Sst/cigpflc,    Attn: Bankruptcy Department,    4315 Pickett Rd,    Saint Joseph, MO  64503-1600
517773505      Sst/cigpficorp,    4315 Pickett Rd,    Saint Joseph, MO  64503-1600
517773507      Sst/synovus,    PO Box 3997,    Saint Joseph, MO  64503-0997
517865666     +TD Bank, N.A.,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
517868283     +TD Bank, N.A.,    Richard J. Tracy, III, Esq.,    30 Montgomery Street, Suite 1205,
                Jersey City, NJ 07302-3835
517773530      TSM III Landscapting & Lawncare,    42 Haines St Apt A,    Lanoka Harbor, NJ  08734-2110
517773522      Thomas Stork Marine,    608 Winthrop Dr,    Forked River, NJ  08731-1932
517773524     +Thrift Investment Corp,    720 King George Rd,    Fords, NJ 08863-1985
517773523     +Thrift Investment Corp,    Attn: Bankruptcy Department,    720 King George Rd,
                Fords, NJ 08863-1985
517773529      Trimplus, Inc.,    9 Brant St,    South River, NJ  08882-1776
517773531      Wanc Framming & Construction, Inc.,    9 Easter Ln,    Levittown, PA  19054-3201
517773532      Wex Bank,    PO Box 6293,    Carol Stream, IL  60197-6293
517773533      Woodhaven Lumber,    c/o Peter C. Lucas, Esq.,    725 Carol Ave,    Oakhurst, NJ  07755-2743
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2019 23:27:04      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2019 23:26:59      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517807433      EDI: GMACFS.COM Apr 11 2019 02:58:00      Ally Capital,    PO Box 130424,
                Roseville MN 55113-0004
517773415      EDI: GMACFS.COM Apr 11 2019 02:58:00      Ally Financial,    Attn: Bankruptcy Dept,
                PO Box 380901,   Bloomington, MN  55438-0901
517773414      EDI: GMACFS.COM Apr 11 2019 02:58:00      Ally Financial,    PO Box 380902,
                Bloomington, MN  55438-0902
517773423      EDI: BANKAMER.COM Apr 11 2019 02:58:00      Bank of America,    Attn: Bankruptcy,    PO Box 982238,
                El Paso, TX  79998-2238
517773429      EDI: BANKAMER.COM Apr 11 2019 02:58:00      Bk of Amer,    PO Box 982238,
                El Paso, TX  79998-2238
517773422      E-mail/Text: jgardner@bacharach.org Apr 10 2019 23:28:10      Bacharach Institute Rehab,
                61 W Jimmie Leeds Rd,    Pomona, NJ  08240-9102
517773424      EDI: TSYS2.COM Apr 11 2019 02:58:00      Barclays Bank Delaware,    Attn: Correspondence,
                PO Box 8801,   Wilmington, DE  19899-8801
517773425     +EDI: TSYS2.COM Apr 11 2019 02:58:00      Barclays Bank Delaware,    Po Box 8803,
                Wilmington, DE 19899-8803
517773427      E-mail/Text: ebn@rwjbh.org Apr 10 2019 23:27:29      Barnabas Health,    PO Box 903,
                Oceanport, NJ  07757-0903
517773428      EDI: AQUAFINANCE.COM Apr 11 2019 02:58:00      Bay Finance,    Attn: Bankruptcy,    PO Box 844,
                Wausau, WI  54402-0844
517773436      EDI: CAPITALONE.COM Apr 11 2019 02:58:00      Capital One,    15000 Capital One Dr,
                Richmond, VA  23238-1119
517773434      EDI: CAPITALONE.COM Apr 11 2019 02:58:00      Capital One,    Attn: General Correspondence,
                PO Box 30285,   Salt Lake City, UT  84130-0285
517773432     +EDI: CAPITALONE.COM Apr 11 2019 02:58:00      Capital One,    PO Box 30281,
                Salt Lake City, UT 84130-0281
517773435      EDI: CAPITALONE.COM Apr 11 2019 02:58:00      Capital One,    PO Box 30253,
                Salt Lake City, UT  84130-0253
517773433      EDI: CAPITALONE.COM Apr 11 2019 02:58:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                Salt Lake City, UT  84130-0285
517855425      EDI: CAPITALONE.COM Apr 11 2019 02:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
517805781      EDI: BL-BECKET.COM Apr 11 2019 02:58:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
517773437      EDI: CAPITALONE.COM Apr 11 2019 02:58:00      Capital One, N.A.,    PO Box 30273,
                Salt Lake City, UT  84130-0273
517773442      EDI: CAUT.COM Apr 11 2019 02:58:00      Chase Auto Finance,    Attn: Bankruptcy,    PO Box 901076,
                Fort Worth, TX  76101-2076
517773443      EDI: CHASE.COM Apr 11 2019 02:58:00      Chase Card,    PO Box 15298,
                Wilmington, DE  19850-5298
517773444      EDI: CHASE.COM Apr 11 2019 02:58:00      Chase Card Services,    Correspondence Dept,
                PO Box 15298,   Wilmington, DE  19850-5298
517773448     +EDI: CITICORP.COM Apr 11 2019 02:58:00      Citibank, NA,    701 E. 60 Street N,
                Sioux Falls, SD 57104-0493
```

```
District/off: 0312-3          User: admin              Page 3 of 4                 Date Rcvd: Apr 10, 2019
                              Form ID: 148             Total Noticed: 144


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517773452          E-mail/Text: ebn@rwjbh.org Apr 10 2019 23:27:29      Community Medical Center,    PO Box 903,
                   Oceanport, NJ   07757-0903
517773453          E-mail/Text: ebn@rwjbh.org Apr 10 2019 23:27:29      Communty Medical Center,    PO Box 903,
                   Oceanport, NJ   07757-0903
517773454          EDI: RCSFNBMARIN.COM Apr 11 2019 02:58:00      Credit One Bank,    ATTN: Bankruptcy,
                   PO Box 98873,    Las Vegas, NV   89193-8873
517773455          EDI: RCSFNBMARIN.COM Apr 11 2019 02:58:00      Credit One Bank NA,    PO Box 98872,
                   Las Vegas, NV   89193-8872
517773463          EDI: GMACFS.COM Apr 11 2019 02:58:00      G M A C,   PO Box 105677,    Atlanta, GA   30348-5677
517773469          E-mail/Text: bankruptcy@hccredit.com Apr 10 2019 23:28:11      HC Processing Center,
                   Attention Bankruptcy,    203 E Emma Ave Ste A,    Springdale, AR   72764-4625
517773470          E-mail/Text: bankruptcy@hccredit.com Apr 10 2019 23:28:11      Hccredit/feb,
                   203 E Emma Ave Ste A,    Springdale, AR   72764-4625
517823938         +EDI: CAUT.COM Apr 11 2019 02:58:00      JPMorgan Chase Bank, N.A.,    PO Box 29505 AZ1-1191,
                   Phoenix, AZ 85038-9505
517773477          EDI: CBSKOHLS.COM Apr 11 2019 02:58:00      Kohls/Capital One,    Kohls Credit,   PO Box 3120,
                   Milwaukee, WI   53201-3120
517773477          E-mail/Text: bncnotices@becket-lee.com Apr 10 2019 23:26:14      Kohls/Capital One,
                   Kohls Credit,    PO Box 3120,   Milwaukee, WI   53201-3120
517773478         +EDI: CBSKOHLS.COM Apr 11 2019 02:58:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                   Menomonee Falls, WI 53051-7096
517773478         +E-mail/Text: bncnotices@becket-lee.com Apr 10 2019 23:26:14      Kohls/capone,
                   N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517888833          EDI: RESURGENT.COM Apr 11 2019 02:58:00      LVNV Funding, LLC,    Resurgent Capital Services,
                   PO Box 10587,   Greenville, SC 29603-0587
517773481          E-mail/Text: camanagement@mtb.com Apr 10 2019 23:26:40      M&T Bank,    1 Fountain Plz Fl 4,
                   Buffalo, NY   14203-1420
517773482          E-mail/Text: camanagement@mtb.com Apr 10 2019 23:26:40      M&T Credit Services,
                   Legal Document Processing,    1100 Wehrle Dr,    Williamsville, NY   14221-7748
517773487          EDI: MID8.COM Apr 11 2019 02:58:00      Midland Funding,    2365 Northside Dr Ste 30,
                   San Diego, CA   92108-2709
517798150         +EDI: MID8.COM Apr 11 2019 02:58:00      Midland Funding LLC,    PO Box 2011,
                   Warren, MI 48090-2011
517886513          EDI: PRA.COM Apr 11 2019 02:58:00      Portfolio Recovery Associates, LLC,
                   C/Ocapital One Bank (usa), N.a.,    POB 41067,   Norfolk VA 23541
517886497          EDI: PRA.COM Apr 11 2019 02:58:00      Portfolio Recovery Associates, LLC,    c/o Carnival,
                   POB 41067,   Norfolk VA 23541
517903199          EDI: PRA.COM Apr 11 2019 02:58:00      Portfolio Recovery Associates, LLC,    c/o JUSTICE,
                   POB 41067,   Norfolk VA 23541
517773495          EDI: PRA.COM Apr 11 2019 02:58:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
                   Norfolk, VA   23502-4952
517773498         +E-mail/Text: rwjebn@rwjbh.org Apr 10 2019 23:27:52      Robert Wood Jonson University Hospital,
                   1 Robert Wood Johnson Pl,    New Brunswick, NJ 08901-1966
517850727         +E-mail/Text: bankruptcy@senexco.com Apr 10 2019 23:26:04      SENEX SERVICES CORP,
                   3333 FOUNDERS RD SUITE 200,    INDIANAPOLIS, IN 46268
517773500          EDI: SEARS.COM Apr 11 2019 02:58:00      Sears/Cbna,   PO Box 6282,
                   Sioux Falls, SD   57117-6282
517773511          EDI: RMSC.COM Apr 11 2019 02:58:00      Syncb/Home Design Floor,    Attn: Bankruptcy,
                   PO Box 965060,    Orlando, FL   32896-5060
517773512          EDI: RMSC.COM Apr 11 2019 02:58:00      Syncb/Home Dsgn Floorc,    C/o,   PO Box 965036,
                   Orlando, FL   32896-5036
517773515          EDI: RMSC.COM Apr 11 2019 02:58:00      Syncb/Old Navy,    PO Box 965005,
                   Orlando, FL   32896-5005
517773508          EDI: RMSC.COM Apr 11 2019 02:58:00      Syncb/funancing,    C/o,   PO Box 965036,
                   Orlando, FL   32896-5036
517773510          EDI: RMSC.COM Apr 11 2019 02:58:00      Syncb/golfsmith,    Attn: Bankruptcy,    PO Box 965060,
                   Orlando, FL   32896-5060
517773509          EDI: RMSC.COM Apr 11 2019 02:58:00      Syncb/golfsmith,    C/o,   PO Box 965036,
                   Orlando, FL   32896-5036
517773513          EDI: RMSC.COM Apr 11 2019 02:58:00      Syncb/jcp,   PO Box 965007,    Orlando, FL   32896-5007
517773514         +EDI: RMSC.COM Apr 11 2019 02:58:00      Syncb/lowes,   PO Box 956005,    Orlando, FL 32896-0001
517773516          EDI: RMSC.COM Apr 11 2019 02:58:00      Synchrony Bank/ Jc Penneys,    Attn: Bankruptcy Dept,
                   PO Box 965060,    Orlando, FL   32896-5060
517773517          EDI: RMSC.COM Apr 11 2019 02:58:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy Dept,
                   PO Box 965060,    Orlando, FL   32896-5060
517773518          EDI: RMSC.COM Apr 11 2019 02:58:00      Synchrony Bank/Funancing,    Attn: Bankruptcy,
                   PO Box 965060,    Orlando, FL   32896-5060
517773519          EDI: RMSC.COM Apr 11 2019 02:58:00      Synchrony Bank/Lowes,    Attn: Bankruptcy Dept,
                   PO Box 965060,    Orlando, FL   32896-5060
517773520          EDI: TDBANKNORTH.COM Apr 11 2019 02:58:00      Td Bank N.A.,    70 Gray Rd,
                   Portland, ME   04105-2019
517773521          EDI: TDBANKNORTH.COM Apr 11 2019 02:58:00      Td Bank, N.A.,    32 Chestnut St,
                   Lewiston, ME   04240-7744
517773525          EDI: TFSR.COM Apr 11 2019 02:58:00      Toyota Financial Services,    Attn: Bankruptcy,
                   PO Box 8026,   Cedar Rapids, IA   52408-8026
517773528          EDI: TFSR.COM Apr 11 2019 02:58:00      Toyota Motor Credit Co,    Toyota Financial Services,
                   PO Box 8026,   Cedar Rapids, IA   52408-8026
```

```
District/off: 0312-3           User: admin              Page 4 of 4             Date Rcvd: Apr 10, 2019
                               Form ID: 148             Total Noticed: 144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517773526         EDI: TFSR.COM Apr 11 2019 02:58:00      Toyota Motor Credit,    PO Box 9786,
                   Cedar Rapids, IA   52409-0004
517887489        +EDI: AIS.COM Apr 11 2019 02:58:00      Verizon,    by American InfoSource as agent,
                   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 66

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517773426*         Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE   19899-8803
517773468*        +Hayt, Hayt & Landau, LLC,    2 Industrail Way West PO Box 500,    Eatontown, NJ 07724-0500
517846199*        +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517773485*        +Medical Radiology Group, PA,    PO Box 11268,    Lancaster, PA 17605-1268
517773527*         Toyota Motor Credit Co,    PO Box 9786,    Cedar Rapids, IA   52409-0004
517773419        ##Ann Schuld Realty,    231 Atlantic City Blvd,    Bayville, NJ   08721-1216
517773480        ##Liberty Roofing Centers Inc,    120 Kenyon Dr,    Lakewood, NJ   08701-4500
                                                                                TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
              Albert   Russo     docs@russotrustee.com
              Daniel E. Straffi     on behalf of Debtor John   Kelly bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi     on behalf of Joint Debtor Peggy A. Kelly bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon     on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald F. Campbell, Jr.    on behalf of Creditor Charles H. Tint dcampbell@ghclaw.com,
               4433@notices.nextchapterbk.com
              Harold N. Kaplan     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               hkaplan@rasnj.com,    informationathnk@aol.com
              Harold N. Kaplan     on behalf of Creditor    NATIONSTAR MORTGAGE LLC hkaplan@rasnj.com,
               informationathnk@aol.com
              Kevin Gordon McDonald     on behalf of Creditor    Kubota Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman     on behalf of Loss Mitigation    Mr. Cooper bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Sindi   Mncina     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12
```