| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on April 10, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>John Kelly<br>Peggy A. Kelly<br><br>Debtor(s) | Case No.: 18-28974 / MBK<br><br>Chapter: 13<br><br>Hearing Date: April 9, 2019<br><br>Judge: Michael B. Kaplan |

## CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: April 10, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to file a feasible plan, income and/or budget statement
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

The Chapter 13 Standing Trustee may pay the balance of the standard attorney fees to the debtor's counsel in the amount of $1302.00 from available funds on hand received prior to dismissal.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:
John Kelly
Peggy A. Kelly
    Debtors

Case No. 18-28974-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 10, 2019
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
db/jdb         John Kelly,    Peggy A. Kelly,    519 Alfred Rd,    Toms River, NJ    08757-5550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
         Albert   Russo     docs@russotrustee.com
         Daniel E. Straffi     on behalf of Joint Debtor Peggy A. Kelly bkclient@straffilaw.com,
   G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
         Daniel E. Straffi     on behalf of Debtor John   Kelly bkclient@straffilaw.com,
   G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
         Denise E. Carlon     on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com,
   bkgroup@kmllawgroup.com
         Donald F. Campbell, Jr.     on behalf of Creditor Charles H. Tint dcampbell@ghclaw.com,
   4433@notices.nextchapterbk.com
         Harold N. Kaplan     on behalf of Creditor     NATIONSTAR MORTGAGE LLC hkaplan@rasnj.com,
   informationathnk@aol.com
         Harold N. Kaplan     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper
   hkaplan@rasnj.com,    informationathnk@aol.com
         Kevin Gordon McDonald     on behalf of Creditor    Kubota Credit Corporation
   kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Laura M. Egerman     on behalf of Loss Mitigation    Mr. Cooper bkyecf@rasflaw.com,
   bkyecf@rasflaw.com;legerman@rasnj.com
         Laura M. Egerman     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper
   bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
         Sindi   Mncina     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper
   smncina@rascrane.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                    TOTAL: 12